LANDMAN CORSI BALLAINE & FORD P.C.
One Gateway Center, Fourth Floor
Newark, NJ 07102-5388
973-623-2700
Attorneys for Plaintiff General Star Indemnity Company

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| GENERAL STAR INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DREAM ON ME INDUSTRIES, INC.,<br><br>Defendant. | No. 2:19-cv-13457-MCA-LDW |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), General Star Indemnity Company ("General Star") and Defendant Dream on Me Industries, Inc. ("Dream on Me") file this joint stipulation of dismissal without prejudice.

This is an insurance coverage action in which the parties seek a declaration of coverage for an underlying lawsuit alleging injury to a minor child from a Dream on Me crib (the "Underlying Action"). On November 26, 2019, Dream on Me apprised the Court that both the parties to the Underlying Action and the parties to this coverage action had reached a settlement in principle, and this action would be dismissed once the Underlying Action was dismissed. The Court entered an order administratively closing the case and giving the parties time to finalize their settlement and dismiss the case (D.E. 16).

Due to the need for the court in the Underlying Action to approve an infant's compromise after submission of a physician's affidavit and COVID-19 delays, the Underlying Action remains

-2-

pending. Given that the parties to this action have settled their dispute in principle, they are dismissing this action, without prejudice in the (hopefully unlikely) event the settlement of the Underlying Action is not approved and the parties are unable to reach an amicable resolution of any further dispute.

Date: September 30, 2020

Respectfully submitted,

/s/ Gerald T. Ford
Gerald T. Ford
Landman Corsi Ballaine & Ford, P.C.
One Gateway Center, Fourth Floor
Newark, NJ 07102
Tel.: (973) 623-2700
Fax: (973) 623-4496
*Counsel for Plaintiff General Star Indemnity Company*

/s/ Dennis J. Melofchik
Dennis J. Melofchik
Fox & Melofchik, L.L.C.
12 Christopher Way, Suite 101
Eatontown, NJ 07724
Phone: (732) 493-9400
Fax: (732) 493-5006
*Counsel for Defendant Dream on me Industries, Inc.*

SO ORDERED

    *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 9/30/20

4853-0234-4397v.1

-3-

## **CERTIFICATE OF SERVICE**

I certify that on this day, September 30, 2020, I served the foregoing Joint Status Report via CM/ECF on all counsel of record.

                                          /s/  Gerald T. Ford

4853-0234-4397v.1